IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL LARA, <br> Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-17-077 |
| NANCY A. BERRYHILL, <br> ACTING COMMISSIONER OF <br> SOCIAL SECURITY ADMINISTRATION, <br> Defendant. | § § § § § | |

# ORDER

On December 4, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 15]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Paul Lara's petition for review of the denial of Disability Insurance Benefits and Supplemental Security Income benefits is denied.

Signed this 21st day of February, 2018.

Andrew S. Hanen
United States District Judge